IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | | |
|---|---|---|
| CAROLE BERNARD-PIPER, | § § § | |
| *Plaintiff,* | § § § | |
| v. | § § | |
| | § | CIVIL ACTION NO.: 3:22-cv-00063-N |
| CBRE, INC. AND TRAMMEL CROW COMPANY, LLC | § § § § | |
| *Defendant.* | § | **JURY TRIAL DEMANDED** |

## JOINT STIPULATION OF DISMISSAL

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties hereby stipulate to the dismissal of the above-captioned action, with prejudice.

Dated: August 28, 2023

Respectfully submitted,

*/s/ W.D. Masterson*
W.D. Masterson, Esq.
State Bar No. 13184000
wdm@kilgorelaw.com
**KILGORE & KILGORE, PLLC**
3141 Hood Street, Suite 500
Dallas, TX  75219
214.969.9099
214.953.0133 Fax

*Attorneys for Plaintiff, Carole Bernard-Piper*

*/s/ Robert E. Sheeder*
Robert E. Sheeder, Esq.
State Bar No. 18174300
jshin@clarkhill.com
**MORGAN LEWIS & BOCKIUS, LLC**
1717 Main Street, Suite 3200
Dallas, Texas 75201
Telephone: (214) 466-4000
Facsimile: (214) 466-4001

*Attorneys for Defendants CBRE, Inc. and Trammell Crow Company*